UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| NATHAN P. DONOVAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:14-0017 |
| | ) | Chief Judge Haynes |
| DEBRA WAGONSHUTZ, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon review of the file, the Court granted Plaintiff's application for leave to proceed in forma pauperis on January 24, 2014. (Docket Entry No. 3). Accordingly, the Clerk is instructed to send the Plaintiff a service packet (a blank summons and USM 285 form) for each Defendant. The Plaintiff will complete the service packets and return them to the Clerk's Office within twenty one (21) days of the date of receipt of this order. Upon return of the service packets, **PROCESS SHALL ISSUE** to the defendants. The Plaintiff is forewarned that the failure to return the completed service packets within the time required could jeopardize his prosecution of this action. He is also forewarned that his prosecution of this action will be jeopardized should he fail to keep the Clerk's Office informed of his current address.

It is so **ORDERED**.

ENTERED this the _17th_ day of September, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court