UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| NATHAN PAUL DONOVAN, | |
| Plaintiff, | |
| v. | No. 1-14-00017<br>Senior Judge Haynes |
| ENOCH GEORGE, former Sheriff of Maury County, et al., | |
| Defendants. | |

**ORDER**

Before the Court is is the Magistrate Judge's Report and Recommendation (Docket Entry No. 59) to grant Defendants' motion to dismiss (Docket Entry No. 47) for Plaintiff's failure to prosecute, failure to appear at a duly noticed discovery deposition and failure to keep the Clerk informed of his current mailing address. Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Defendants' motion to dismiss (Docket Entry No. 47) is **GRANTED.** All pending motions are **DENIED as moot.** This action is **DISMISSED with prejudice.**

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the 22nd day of February, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge